No. 89–1799. MASSON *v.* NEW YORKER MAGAZINE, INC., ET AL. C. A. 9th Cir. Motions of Journalists and Academics Concerned About Media Integrity and Mountain States Legal Foundation for leave to file briefs as *amici curiae* granted. Certiorari granted.

No. 89–1817. COUNTY OF RIVERSIDE ET AL. *v.* MCLAUGHLIN ET AL. C. A. 9th Cir. Certiorari granted limited to Questions 1 and 3 presented by the petition.

No. 89–1838. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION *v.* ARABIAN AMERICAN OIL CO. ET AL.; and

No. 89–1845. BOURESLAN *v.* ARABIAN AMERICAN OIL CO. ET AL. C. A. 5th Cir. Certiorari granted, cases consolidated, and a total of one hour allotted for oral argument. Reported below: 892 F. 2d 1271.

No. 89–1909. FEIST PUBLICATIONS, INC. *v.* RURAL TELEPHONE SERVICE CO., INC. C. A. 10th Cir. Motion of Association of North American Directory Publishers et al. for leave to file a brief as *amici curiae* granted. Certiorari granted limited to Question 3 presented by the petition.

No. 89–1926. UNITED STATES *v.* CENTENNIAL SAVINGS BANK FSB (RESOLUTION TRUST CORPORATION, RECEIVER). C. A. 5th Cir. Certiorari granted and case set for oral argument in tandem with No. 89–1965, *Cottage Savings Assn.* v. *Commissioner of Internal Revenue,* immediately *infra.*

No. 89–1965. COTTAGE SAVINGS ASSN. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 6th Cir. Certiorari granted and case set for oral argument in tandem with No. 89–1926, *United States* v. *Centennial Savings Bank FSB,* immediately *supra.*

No. 89–7376. WILSON *v.* SEITER ET AL. C. A. 6th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted.